IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GILBERT J. HINOJOS,

      Plaintiff,

vs.                                                                                                         Civ. No. 04-0779 MV/RHS

HONEYWELL FM&T,

      Defendant.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on Plaintiff's Motion to Extend Time to Respond to Motion to Stay All Discovery, filed October 15, 2004, **[Doc. No. 10]**, and Plaintiff's Motion to Stay Ruling on Motion to Dismiss, filed November 12, 2004, **[Doc. No. 14]**. Both of Plaintiff's motions seek additional time to respond to Defendant's pending motions because Plaintiff was in the process of locating representation. The Magistrate Judge granted Defendant's Motion to Stay All Discovery. *See* October 27, 2004 Order. Plaintiff subsequently obtained legal counsel and responded to Defendant's Motion to Dismiss.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Extend Time to Respond to Motion to Stay All Discovery, filed October 15, 2004, **[Doc. No. 10]**, and Plaintiff's Motion to Stay Ruling on Motion to Dismiss, filed November 12, 2004, **[Doc. No. 14]**, are **DENIED as moot**.

Dated this 19th day of August, 2005.

                                                                                                 MARTHA VAZQUEZ
                                                                                                 U. S. DISTRICT COURT JUDGE

<u>Attorneys for Plaintiff</u>:
    Gilbert J. Vigil, Esq.

<u>Attorneys for Defendant</u>:
    Jeffrey L. Lowry, Esq.
    Jill Marchant, Esq.
.